UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 98-1446 |
| OLIVIA A. ALAW, et al., | : | **FILED** |
| Defendants. | : | OCT 2 2 2003 |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

ORDER

Defendants Newman and White have moved to vacate and/or to modify the Court's Injunctive Decree of July 17, 2002, entered pursuant to the Freedom of Access to Clinic Entrances Act, 18 U.S.C. § 248. Upon consideration of the Motion, the Opposition, the Reply, the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is this 22nd day of October, 2003,

ORDERED, that the Motion is **denied**.

Oct. 22, 2003
Date

Gladys Kessler
United States District Judge

Copies to:

Sandhya Subramanian
Lisa S. Graybill
Trial Attorneys
Civil Rights Division
United States Department of Justice
Post Office Box 66400
Washington, D.C. 20035

Richard Caro
55 Kinbark Road
Riverside, Illinois  60546-1968

Brian Chavez-Ochoa
Chavez-Ochoa Law Offices
Four Jean Street, Suite 4
Valley Springs, California  95252

Frederick Nelson
American Liberties Institute
1110 Douglas Avenue, Suite 1002
Orlando, Florida  32854-7503

James Henderson
American Center for Law and Justice
205 Third Street, S.E.
Washington, D.C.  20003